An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

CHRISTOPHER ANTHONY JONES,
Appellant,
vs.
DONALD YORK EVANS; AND
RICHARD G. HILL,
Respondents.

No. 68938

**FILED**

OCT 23 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is a pro se appeal from an order granting a motion to dismiss respondent Richard G. Hill. First Judicial District Court, Carson City; James Todd Russell, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, it appears that the district court has not entered a final written judgment adjudicating all the rights and liabilities of all the parties, and the district court did not certify its order as final pursuant to NRCP 54(b). *Lee v. GNLV Corp.*, 116 Nev. 424, 996 P.2d 416 (2000); *KDI Sylvan Pools v. Workman*, 107 Nev. 340, 810 P.2d 1217 (1991); *Rae v. All American Life & Cas. Co.*, 95 Nev. 920, 605 P.2d 196 (1979). The following claims or parties appear to remain below: appellant's claims against respondent Donald York Evans. Accordingly, we conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____, J.
Saitta

_____ J.
Gibbons

_____, J.
Pickering

Supreme Court
OF
Nevada

(O) 1947A

15-32380

cc: Hon. James Todd Russell, District Judge
Christopher Anthony Jones
David Hamilton
Carson City Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A